**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-10-281-4 |
| DERWIN FRAZIER | § | |

## O R D E R

Counsel For Defendant Derwin Frazier is currently on suspension and therefore unable to practice in the Southern District of Texas. The magistrate judge will appoint new counsel for the defendant.

SIGNED on April 16, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge