**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-281 |
| | § | |
| DERWIN FRAZIER | § | |

**O R D E R**

Defendant Derwin Frazier filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 158). All defendants and the government are in agreement that all defendants should be reset based on the information request for sentencing purposes. The motion for continuance is GRANTED. The sentencing hearing is reset to **August 22, 2012 at 9:00 a.m.** Objections to the presentence report are to be filed by August 1, 2012.

SIGNED on May 24, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge