# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-281 |
| | § | |
| VERONICA FRAZIER, *et al.* | § | |

**O R D E R**

Defendant Veronica Frazier filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 161). All defendants and the government are in agreement that all defendants should be reset based on the information request for sentencing purposes. The motion for continuance is GRANTED. The sentencing hearing is reset to **September 26, 2012 at 9:30 a.m.** Objections to the presentence report are to be filed by September 7, 2012.

SIGNED on August 6, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge